THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00224-MR

| | |
|---|---|
| JAMES E. SUTTLE, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Metropolitan Life Insurance Company [Doc. 26].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Joint Motion [Doc. 26] is **GRANTED**, and all claims by the Plaintiffs against Defendant Metropolitan Life Insurance Company are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: March 12, 2013

Martin Reidinger
United States District Judge