**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00224-MR**

| | | |
|---|---|---|
| **JAMES E. SUTTLE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **3M COMPANY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

    **THIS MATTER** is before the Court on the Notice of Suggestion of Bankruptcy filed by Defendant Garlock Sealing Technologies, LLC [Doc. 28].

    The Notice of Bankruptcy of Defendant Garlock Sealing Technologies, LLC requires that the action be stayed as to that Defendant.

    **IT IS, THEREFORE, ORDERED** that this action is hereby **STAYED** as to Defendant Garlock Sealing Technologies, LLC.

    **IT IS SO ORDERED.**

Signed: March 20, 2013

Martin Reidinger
United States District Judge