THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00224-MR

| | |
|---|---|
| JAMES E. SUTTLE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| 3M COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Settlement Status Report [Doc. 33].

For the reasons stated in the Status Report, the Court will allow the parties until April 26, 2013 within which to file a Stipulation of Dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal signed by all parties on or before **April 26, 2013**.

**IT IS SO ORDERED.**

Signed: March 30, 2013

Martin Reidinger
United States District Judge