THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00224-MR

| | |
|---|---|
| JAMES E. SUTTLE, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiffs' Motion for Dismissal of Defendants Fluor Enterprises, Inc. and Daniel International Corporation [Doc. 36].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion [Doc. 36] is **GRANTED**, and all claims of the Plaintiffs against Defendants Fluor Enterprises, Inc. and Daniel International Corporation are hereby **DISMISSED WITH PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: April 29, 2013

Martin Reidinger
United States District Judge