THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09-cv-00224-MR

| | |
|---|---|
| JAMES E. SUTTLE, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>3M COMPANY, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiffs have settled and/or dismissed their claims against all Defendants with the exception of Garlock Sealing Technologies, LLC, and the case was stayed as to this Defendant on March 21, 2013. [Doc. 30]. Accordingly, the Court finds that this case should be administratively closed.

**IT IS, THEREFORE, ORDERED** that this case is administratively closed pending further Order of the Court.

**IT IS SO ORDERED.**

Signed: May 6, 2013

Martin Reidinger
United States District Judge